WR-86,973-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2017 4:35 PM
Accepted 10/6/2017 4:40 PM
DEANA WILLIAMSON
CLERK

Cause No. _____

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE TEXAS COURT |
| | § | |
| V. | § | OF CRIMINAL APPEALS |
| | § | |
| ADAM REPOSA | § | TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
10/6/2017
DEANA WILLIAMSON, CLERK

## EMERGENCY APPLICATION FOR PERSONAL BOND

Pursuant to Texas Rules of Appellate Procedure, COMES NOW Adam Reposa, by and through his attorney of record, McKinley Melancon, and respectfully requests this to consider and grant this application, and states the following:

1 Adam Reposa was taken into custody today in Travis County, Texas at the order of Judge Paul Davis;

2. Judge Davis, in open court, today ordered that the Travis County Sheriff's Office is to disregard any order releasing Mr. Reposa, signed by any other district judge.

3. This motion is filed contemporaneously with Mr. Reposa's Motion For Leave To File An Application for a Writ of Habeas Corpus.

4. As an officer of the Court, Mr. Reposa respectfully request that the court consider and grant this Emergency Motion for Personal Bond

Respectfully,

McKinley Melancon
SBN: 24084323